**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                          NO. 4:18-cr-00190-JM-1

JASON PETITT                                                                                      DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Wednesday, April 28, 2021, for a scheduled sentencing hearing on the government's superseding motion to revoke the supervised release of defendant Jason Petitt. (Document No. 15). Assistant United States Attorney Jordan Crews was present for the government. The defendant appeared in person with his attorney, Jordan Tinsley. United States Probation Officer Brenna Cross was also present. The defendant previously admitted guilt to violation numbers 3 and 4 of the superseding motion to revoke during the hearing on October 14, 2020. Also during that hearing, the government withdrew violation numbers 1 and 2 of the superseding motion to revoke.

IT IS THEREFORE ORDERED that defendant Jason Petitt be sentenced to one (1) additional year of supervised release, effectively beginning October 14, 2020, with an expiration date of October 14, 2021. All conditions of supervised release previously imposed remain in full force and effect.

IT IS SO ORDERED this 28th day of April 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE